UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Curt Parrish and Ted Parrish,

    Plaintiffs,

v.                                                         Civil No. 10-3175 (JNE/AJB)
                                                         ORDER

ISA Acceptance Corporation,

    Defendant.

---

Mark L. Vavreck, Esq., Martineau, Gonko & Vavreck, PLLC, appeared for Plaintiffs.

---

On July 12, 2012, the Court heard Plaintiffs' Motion for Default Judgment against Defendant ISA Acceptance Corporation. Plaintiffs' motion is granted. *See* Fed. R. Civ. P. 55(b)(2).

The Court awards Plaintiffs $1000.00 in statutory damages. *See* 15 U.S.C. § 1692k(a)(2)(A) (allowing a court to impose up to $1000 in statutory damages on "any debt collector who fails to comply with [the act]"); *Wright v. Fin. Serv. of Norwalk, Inc.*, 22 F.3d 647, 651 (6th Cir. 1994) ("Congress intended to limit 'other damages' to $1,000 per proceeding, not to $1,000 per violation."); *Picht v. Hawks*, 77 F. Supp. 2d 1041, 1045 (D. Minn. 1999) *aff'd sub nom. Picht v. John R. Hawks, Ltd.*, 236 F.3d 446 (8th Cir. 2001) ("Regardless of the number of violations in a single collection action, the FDCPA limits damages to $1,000."). Further, the Court awards $400 in costs and $2000 in attorney's fees. *See* 15 U.S.C. § 1692k(a)(3).

Based on the files, records, and proceedings herein, and for the reasons stated on the record, **IT IS ORDERED THAT**: Plaintiffs' Motion for Default Judgment [Docket No. 17] is **GRANTED** in the amount of **$3,400.00**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated:  July 12, 2012

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge
